IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOLDSTEIN, BRAD DAVIS, MARIA LAZO, MOSANTHONY WILSON and JAMES CORSEY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Henkel Corporation and Thriving Brands LLC, <br> Defendants. | Case No. 3:22-cv-00164-AWT |

## MOTION FOR ADMISSION OF VISITING LAWYER

NOW COMES James J. Reardon, Jr. of Reardon Scanlon LLP, a member of the bar of this Court, and respectfully moves pursuant to D. Conn. L. Civ. R. 83.1(d) for the admission of Daniel Markowitz of The Sultzer Law Group P.C., in New York, New York as a visiting attorney in this Court, and in support of this Motion, represents the following:

1. Daniel Markowitz is an associate of The Sultzer Law Group P.C., with an office at 270 Madison Avenue, Suite 1800, New York, New York 10016. Mr. Markowitz is a member in good standing of the bar of the State of New York and is admitted to practice before the United States District Courts for the Northern, Eastern, and Southern Districts of New York.

2. Upon information and belief, Mr. Markowitz has never been denied admission or disciplined by this Court or any other Court and his fully executed Affidavit in compliance with D. Conn. L. Civ. R. 83.1(d) is attached hereto as Exhibit A.

3. Daniel Markowitz has designated the undersigned sponsoring attorney as his agent for service of process, and further designated the District of Connecticut as the forum for the resolution of any dispute arising out of his admission as a visiting attorney.

4.     Payment to the Clerk for the fees as required by D. Conn. L. Civ. L.R. 83.1(d)(2) accompanies this application.

WHEREFORE, the undersigned requests that Daniel Markowitz be admitted to appear as visiting lawyer as counsel for Maria Lazo in this action.

Dated:  May 16, 2022                                     Respectfully submitted,

**REARDON SCANLON LLP**

By:   /s James J. Reardon, Jr.
         James J. Reardon, Jr.

James J. Reardon, Jr. (CT 13802)
45 South Main Street, 3rd Floor
West Hartford, CT  06107
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
Email:  james.reardon@reardonscanlon.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2022, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                       */s/ James J. Reardon, Jr.*
                                       James J. Reardon, Jr.