UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOLDSTEIN, BRAD DAVIS, MARIA LAZO, MOSANTHONY WILSON and JAMES CORSEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENKEL CORPORATION and THRIVING BRANDS LLC,<br><br>Defendants. | Case No. 3:22-cv-00164-AWT |

## NOTICE OF SETTLEMENT

Plaintiffs Jason Goldstein, Brad Davis, Maria Lazo, Mosanthony Wilson, and James Corsey (collectively "Plaintiffs" or "Class Representatives") and Defendants Henkel Corporation ("Henkel") and Thriving Brands LLC ("Thriving Brands") jointly notify this Court that they have reached an agreement in principle to settle the claims asserted in Plaintiffs' consolidated class action complaint against defendants on a nationwide, class – wide basis. The intention of the settlement is that, if the settlement is approved by this Court, the settlement will resolve all of the claims in all of the actions pending in this Court and any other court in the United States.[1]

Counsel for the parties are working on drafting and executing a comprehensive settlement agreement. In addition, counsel for the parties intend to discuss the next steps in the settlement process and prepare and submit a schedule to the Court no later than January 16, 2023.

---

[1] *Soldevilla v. Thriving Brands, LLC*, Case No. 3:22-cv-1362-OAW (D.Conn.).

Dated: December 12, 2022                Respectfully submitted,

**REARDON SCANLON LLP**

By: /s/ *James J. Reardon, Jr.*
     James J. Reardon, Jr.

James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT  06107
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
Email:  james.reardon@reardonscanlon.com

*Interim Liaison Counsel*

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice*)
701 Brickell Ave, Suite 1420
Miami FL, 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: mroberts@bursor.com

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq. (*pro hac vice*)
Joseph Lipari, Esq. (*pro hac vice*)
Daniel Markowitz, Esq. (*pro hac vice*)
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

**LEVIN SEDRAN & BERMAN LLP**
David C. Magagna Jr., Esq. (*pro hac vice*)

Charles E. Schaffer, Esq. (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu, III, Esq.*
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.: (313) 303-3472
Fax: (865) 522-0049
E-Mail: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Jennifer Czeisler, Esq.*
Virginia Ann Whitener, Esq.*
Russell Busch, Esq.*
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
Fax: (865) 522-0049
E-Mail: jczeisler@milberg.com
        gwhitener@milberg.com
        rbusch@milberg.com

**LEVI & KORSINSKY LLP**
Mark S. Reich *(pro hac vice)*
Courtney E. Maccarone *(pro hac vice)*
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
        cmaccarone@zlk.com

**Pro Hac Vice* Application Forthcoming*

*Co-Lead Counsel for Plaintiffs and the Class.*

<div style="display:flex;justify-content:space-between;">
Dated: December 12, 2022
**GREENBERG TRAURIG LLP**
</div>

By: <u>*/s/ Keith Smith*</u>
Keith Smith (*Pro Hac Vice*)
Pennsylvania Bar No. 67384
GREENBERG TRAURIG LLP
1717 Arch Street, Suite 400
Philadelphia, Pennsylvania 19103
Tel: (215) 988-7800
Fax: (215) 988-7801
Email: smithkei@gtlaw.com

*Counsel for Defendants Henkel Corporation and Thriving Brands LLC*

## **CERTIFICATE OF SERVICE**

I, James J. Reardon, Jr., Interim Liaison Counsel for Plaintiffs, hereby certify that on December 12, 2022 the foregoing Notice of Settlement was electronically filed with the Clerk of Court using the CM/ECF filing system and provided to all counsel of record by CM/ECF notification.

Dated: December 12, 2022                                              */s/ James J. Reardon*
                                                                     James J. Reardon Jr.