UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOLDSTEIN, BRAD DAVIS, MARIA LAZO, MOSANTHONY WILSON and JAMES CORSEY on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br><br>HENKEL CORPORATION and THRIVING BRANDS LLC,<br><br>Defendants. | Case No. 3:22-cv-00164-AWT<br><br>Hon. Alvin W. Thompson |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, Plaintiff will move the Court pursuant to Federal Rule of Civil Procedure 23(e) and upon the accompanying Memorandum of Law and the Declaration of Charles E. Schaffer, Esq., for an Order: 1) preliminarily approving this proposed class action settlement; 2) preliminarily certifying the class for settlement purposes; and 3) granting approval of the proposed notice plan.

Dated: April 26, 2023       Respectfully submitted,

　　　　　　　　　　　　　　By: */s/ Charles E. Schaffer*
　　　　　　　　　　　　　　　　　Charles E. Schaffer

　　　　　　　　　　　　　　**LEVIN SEDRAN & BERMAN LLP**
　　　　　　　　　　　　　　David C. Magagna Jr., Esq. (*pro hac vice*)
　　　　　　　　　　　　　　Charles E. Schaffer, Esq. (*pro hac vice*)
　　　　　　　　　　　　　　510 Walnut Street, Suite 500
　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　Tel: 215-592-1500
　　　　　　　　　　　　　　dmagagna@lfsblaw.com
　　　　　　　　　　　　　　cschaffer@lfsblaw.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT  06107
Telephone: (860) 955-9455
Facsimile:  (860) 920-5242
Email:  james.reardon@reardonscanlon.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice*)
701 Brickell Ave, Suite 1420
Miami FL, 33131
Telephone: (305) 330-5512
Facsimile:  (305) 676-9006
E-Mail: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email: mroberts@bursor.com

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq. (*pro hac vice*)
Joseph Lipari, Esq. (*pro hac vice*)
Daniel Markowitz, Esq. (*pro hac vice*)
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com


**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
Nick Suciu, III, Esq.*
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.: (313) 303-3472
Fax: (865) 522-0049
E-Mail: nsuciu@milberg.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Jennifer Czeisler, Esq.*
Virginia Ann Whitener, Esq.*
Russell Busch, Esq.*
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel.: (865) 247-0080
Fax: (865) 522-0049
E-Mail: jczeisler@milberg.com
gwhitener@milberg.com
rbusch@milberg.com

**LEVI & KORSINSKY LLP**
Mark S. Reich *(pro hac vice)*
Courtney E. Maccarone *(pro hac vice)*
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
cmaccarone@zlk.com

*Pro hac vice application forthcoming*

*Counsel for Plaintiffs and the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,


By: /s/ *Charles E. Schaffer*

Charles E. Schaffer