September 29, 2023

**VIA ECF**
The Honorable Alvin W. Thompson
United States District Court Judge
District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street - Suite 240
Hartford, Connecticut 06103

    Re:    *Jason Goldstein, et al v. Henkel Corporation, et al.*
             Civil Action No. 3:22-cv-00164-AWT

Dear Judge Thompson:

We represent Plaintiffs and the settlement class in the above-entitled class action (the "Settlement Class" and together with Defendants, "the Parties").

On June 8, 2023, the Court entered an Order preliminarily approving the class action settlement (ECF#77) and an additional Order (ECF#78) setting deadlines for the filing of the Motion for Final Approval as follows:

> ORDER: Pursuant to paragraph 17 of the Preliminary Order of Approval (ECF No. 77 ), any reply in support of the motions must be filed no later than twenty days before the Final Approval Hearing set for December 13, 2023. Accordingly, the court enters the following schedule: the deadline for motions for final approval and for any award of attorney's fees, costs, and a class representative payment is October 18, 2023; the deadline for any memorandum of law in support of objections to such motions is November 8, 2023; and the deadline for any reply in support of such motions is November 22, 2023. It is so ordered.

The deadline to file claims, objections or exclusions from the settlement is October 14, 2023. To date, there have been no objections filed to the class action settlement. The Claims Administrator has informed the Parties that it will not have a reasonable estimate of valid claims prior to the October 18, 2023, deadline to file the Motion for Final Approval. Due to any delay in the Claims Administrator's substantial completion of the claims process, and in order to provide accurate information to the court as to approved claims, the Settlement Class request a reasonable extension of time to file the motion for final approval. Class Counsel intends to file the motion for any award of attorney's fees and costs as currently scheduled on October 18, 2023. The Settlement Class also intends to file any reply in support of the motion for final approval, if necessary, on or before the current scheduled deadline of November 22, 2023, to maintain the filing at least twenty days before

the Final Approval Hearing.  To effectuate these deadlines, the Settlement Class requests the entry of an Order setting forth the remaining filing deadlines as follows:

1. October 18, 2023 deadline to file motions for any award of attorney's fees, costs, and a class representative payment.
2. November 1, 2023, deadline to file the Motion for Final Approval of the Class Action Settlement;
3. November 15, 2023 deadline for any memorandum of law in support of objections to the motions for final approval and for any award of attorney's fees, costs, and a class representative payment.

Defendants consent to this request for an extension.  This is the first request for an extension of any deadlines set forth in the Preliminary Approval Orders.

We thank the Court for its attention to this matter.

                Respectfully submitted,

                */s/ Charles E. Schaffer*
                Counsel for Plaintiffs and
                the Settlement Class

cc:    All counsel of record (via ECF)

                **SO ORDERED:**

                _____
                Hon. Alvin W. Thompson
                United States District Court Judge