# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JASON GOLDSTEIN, BRAD DAVIS, MARIA LAZO, MOSANTHONY WILSON and JAMES CORSEY on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>HENKEL CORPORATION and THRIVING BRANDS LLC,<br><br>          Defendants. | Case No. 3:22-cv-00164-AWT<br><br>Hon. Alvin W. Thompson |

## PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS AND SERVICE AWARDS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, on December 1, 2023, in the Courtroom of the Alvin W. Thompson, United States District Court, District of Connecticut, Plaintiffs will and hereby do move the Court for an order approving and awarding attorneys' fees, litigation costs, and a service award.

By this motion, Plaintiffs seek:

1. $650,000 in Attorney's Fees and Costs ($24,798.80 in costs), and
2. $1,000 service awards for each of the Class Representatives ($5,000 in total).

This motion is made on the grounds that: (1) such fees are fair and reasonable in light of the efforts of Plaintiffs' counsel in obtaining the settlement herein; (2) the requested attorneys' fees comport with the applicable law; (3) the expenses for which reimbursement is sought were

reasonably and necessarily incurred in connection with the prosecution of this action; and (4) a reasonable payment to plaintiffs for their efforts on behalf of the Class is warranted and appropriate. This motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the accompanying declarations of counsel, the pleadings and records on file herein, and upon such additional evidence or argument as may be accepted by the Court at or prior to the hearing.[1]

Dated: October 18, 2023.                    Respectfully submitted,

By: */s/ Charles E. Schaeffer*
Charles E. Shaeffer

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer, Esq. (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
dmagagna@lfsblaw.com
cschaffer@lfsblaw.com

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
Email: james.reardon@reardonscanlon.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice*)
701 Brickell Ave, Suite 1420
Miami FL, 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*pro hac vice*)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150

---

[1] Pursuant to the Court's Order (ECF No. 82) Plaintiffs' counsel will file its motion for final approval of the class settlement on or before November 1, 2023 and any replies in further support of that motion by November 22, 2023.

Facsimile: (212) 989-9163
Email: mroberts@bursor.com


**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer, Esq. (*pro hac vice*)
Joseph Lipari, Esq. (*pro hac vice*)
Daniel Markowitz, Esq. (*pro hac vice*)
270 Madison Avenue, Suite 1800
New York, NY 10016
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
Nick Suciu, III, Esq. (*pro hac vice*)
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.: (313) 303-3472
Fax: (865) 522-0049
E-Mail: nsuciu@milberg.com

**LEVI & KORSINSKY LLP**
Mark S. Reich *(pro hac vice)*
Courtney E. Maccarone *(pro hac vice)*
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
cmaccarone@zlk.com

*Counsel for Plaintiffs and the Class*