UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOLDSTEIN, BRAD DAVIS, MARIA LAZO, MOSANTHONY WILSON and JAMES CORSEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HENKEL CORPORATION and THRIVING BRANDS LLC,<br><br>Defendants. | Case No. 3:22-cv-00164-AWT<br><br>Hon. Alvin W. Thompson |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT, on December 13, 2023 at 3:00 p.m. ET, in the Courtroom of the Alvin W. Thompson, United States District Court, District of Connecticut, Plaintiffs Jason Goldstein, Brad Davis, Maria Lazo, Mosanthony Wilson, and James Corsey (collectively, "Plaintiffs"), will and hereby do move the Court for an order of Final Approval of the Class Action Settlement and respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendants Henkel Corporation and Thriving Brands LLC ("Defendants") and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement and supporting documents, the Declarations of Charlie E. Schaffer and Declaration of Steven Weisbrot of Angieon Group, the exhibits attached thereto, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

For the reasons set forth more particularly in the accompanying Memorandum and supporting exhibits, Plaintiffs request that the Court grant this Motion.

Dated November 1, 2023.                               Respectfully submitted,

By: /s/ *James J. Reardon, Jr.*
         James J. Reardon, Jr.

**REARDON SCANLON LLP**
James J. Reardon, Jr.
45 South Main Street, 3rd Floor
West Hartford, CT 06107
Telephone: (860) 955-9455
Facsimile: (860) 920-5242
james.reardon@reardonscanlon.com

**LEVIN SEDRAN & BERMAN LLP**
Charles E. Schaffer (*pro hac vice*)
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
E-mail: cschaffer@lfsblaw.com

**BURSOR & FISHER, P.A.**
Sarah N. Westcot (*pro hac vice*)
701 Brickell Ave, Suite 1420
Miami FL, 33131
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
swestcot@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
mroberts@bursor.com

**THE SULTZER LAW GROUP, P.C.**
Jason P. Sultzer (*pro hac vice*)
Joseph Lipari (*pro hac vice*)
Daniel Markowitz (*pro hac vice*)
270 Madison Avenue, Suite 1800
New York, NY 10016

Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
liparij@thesultzerlawgroup.com
markowitzd@thesultzerlawgroup.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Nick Suciu, III (*pro hac vice*)
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel.: (313) 303-3472
Fax: (865) 522-0049
E-Mail: nsuciu@milberg.com

**LEVI & KORSINSKY LLP**
Mark S. Reich (*pro hac vice*)
Courtney E. Maccarone (*pro hac vice*)
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
mreich@zlk.com
cmaccarone@zlk.com

*Class Counsel*