UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jason Goldstein, Brad Davis, Maria Lazo, Mosanthony Wilson and James Corsey on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> Henkel Corporation and Thriving Brands LLC, <br><br> Defendants. | Case No. 3:22-cv-164 (AWT) |

## DECLARATION OF STEVEN WEISBROT OF ANGEION GROUP, LLC
## RE: NOTICE AND ADMINISTRATION

I, Steven Weisbrot, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am the President and Chief Executive Officer at the class action notice and claims administration firm Angeion Group, LLC ("Angeion"). I am fully familiar with the facts contained herein based upon my personal knowledge.

2.     My credentials were provided to this Court in my original declaration submitted in connection with Plaintiffs' Motion for Preliminary Settlement Approval ("Notice Plan Declaration") (Dkt. No. 76-3).

3.     The purpose of this declaration is to provide the Court with a summary of the work performed by Angeion to disseminate notice to the Settlement Class and other administrative tasks.

### CAFA NOTICE

4.     On May 5, 2023, pursuant to 28 U.S.C. § 1715, Angeion caused Notice of this Settlement and related materials ("CAFA Notice") to be sent to the Attorneys General of all states and territories, as well as the Attorney General of the United States. A copy of the CAFA Notice

is attached hereto as **Exhibit A**. To my knowledge, no Attorney General office or governmental agency has responded to the CAFA Notice.

**CLASS DATA**

5.     On or about June 27, 2023, Angeion received from Defense Counsel, a list of 597 records. The data file contained the names and mailing addresses of known customers ("Customer List").

**DIRECT NOTICE**

6.     On July 7, 2023, Angeion caused the Short-Form Postcard Notice ("Postcard Notice") in the form approved by the Court to be mailed via the United States Postal Service ("USPS") first class mail, postage prepaid, to the 597 Settlement Class Members identified on the Class List. A true and accurate copy of the Postcard Notice is attached hereto as **Exhibit B**.

7.     Prior to mailing, the Mailing List was processed through the USPS National Change of Address database to identify updated addresses for individuals who have moved within the last four years and who filed a change of address card with the USPS.

8.     Postcard Notices that were returned by the USPS as undeliverable with a forwarding address were re-mailed to that forwarding address. Postcard Notices that were returned by the USPS without a forwarding address were subjected to an address verification search ("skip trace") in an attempt to locate an updated address. As a result of the above-described efforts, of the 21 Postcard Notices returned as undeliverable by the USPS, 13 were re-mailed to updated addresses.

**DIGITAL MEDIA NOTICE**

9.     On July 7, 2023, Angeion caused the comprehensive media notice campaign to commence. The media campaign concluded on August 5, 2023 and consisted of internet banner advertisement notice, social media notice via Facebook and Instagram, a paid search campaign via Google. Copies of the internet banner ads and social media ads are attached hereto as **Exhibits C and D,** respectively.

10.     As of the date of this declaration, the media notice has served approximately 7,072,537 impressions.

## REACH AND FREQUENCY

11.     As described in my Notice Plan Declaration, the media portions of the Notice Plan were designed to deliver an approximate 75.02% reach with an average frequency of 3.29 times each.

12.     The media notice portion of the Notice Plan **exceeded expectations** by delivering a higher approximate 75.60% reach with an average frequency of 4.37 each.

## SPONSORED CLASS ACTION LISTING

13.     On or about July 7, 2023, Angeion caused the Settlement to be promoted via TopClassActions.com, a leading consumer facing website.

## SETTLEMENT WEBSITE

14.     On July 7, 2023, Angeion activated the case-specific website, **www.AntiperspirantSettlement.com** (the "Settlement Website"), where Settlement Class Members are able to file a claim directly on the website or download and print the Claim Form to be completed and mailed via the USPS. Also on the Settlement Website, Settlement Class Members can easily view general information about this class action Settlement, review relevant Court documents, and view important dates and deadlines pertinent to the Settlement. This case-specific Settlement Website was designed to be user-friendly and makes it easy for Settlement Class Members to find information about the case. The Settlement Website also has a "Contact Us" page whereby Settlement Class Members can send an email with any additional questions to a dedicated email address, info@AntiperspirantSettlement.com.

15.     As of October 30, 2023, the Settlement Website has received 4,464,015 website visits by 4,452,889 unique users totaling 5,997,777 pageviews.

## TOLL-FREE HOTLINE

16.     On July 7, 2023, Angeion activated the following toll-free number dedicated to this Settlement: 1-844-336-0202. The toll-free hotline utilizes an interactive voice response ("IVR")

system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is accessible 24 hours a day, 7 days a week.

17.     As of October 30, 2023, Angeion has received 93 calls totaling 389 minutes.

## CLAIM FORMS & AVAILABLE SETTLEMENT FUNDS

18.     The deadline for Class Members to submit a Claim Form was October 14, 2023. Angeion has received 347,209 Valid Claims that are eligible to receive payment under the terms of the Settlement Agreement.

19.     Of the 347,209 Valid Claims, 770 were submitted with Proof of Purchase. The remaining 346,439 Valid Claims were submitted without Proof of Purchase.

20.     Per the terms of the Settlement Agreement, the Settlement Fund means a total payment by Defendant of $1,950,000.00. Assuming the Court grants the Attorneys' Fees and Costs in the amount of $650,000.00, the Incentive Awards to the Class Representatives in the total amount of $5,000.00, and the costs of notice and administration costs in the amount of $275,000.00, the estimated Available Settlement Funds amount to $1,020,000.00.

21.     Of the Available Settlement Funds, $4,708.56 will be distributed to those that submitted a Valid Claim with Proof of Purchase and $1,015,439.59 will be distributed to those that submitted a Valid Claims without Proof of Purchase. The average estimated recovery for those that submitted a Valid Claim, with or without Proof of Purchase, is $2.94.

## EXCLUSIONS & OBJECTIONS

22.     The deadline to submit a request for exclusion from the Settlement was on October 14, 2023. As of the date of this declaration, Angeion has received one (1) exclusion request. Attached hereto as **Exhibit E** is the name of the individual who submitted an exclusion request.

23.     The deadline to submit an objection to the Settlement was on October 14, 2023. As of the date of this declaration, Angeion has not received and has not been made aware of any written objections.

## **CONCLUSION**

24.      It remains my professional opinion that the Notice Plan implemented in this Settlement provided full and proper notice to Settlement Class Members and was the best notice practicable under the circumstances, fully comporting with due process and Fed. R. Civ. P. 23.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: OCTOBER 30, 2023

_____

  STEVEN WEISBROT, Declarant

# EXHIBIT A



1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839
www.angeiongroup.com

May 5, 2023

VIA USPS PRIORITY MAIL

United States Attorney General &
Appropriate Officials

**Re: Notice of Class Action Settlement**
*Goldstein et al. v. Henkel Corporation et al.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:**  Goldstein et al. v. Henkel Corporation et al.
> **Index Number:** 3:22-cv-00164-AWT
> **Jurisdiction:**  United States District Court, District of Connecticut
> **Date Settlement Filed with Court:**  April 26, 2023

In accordance with the requirements of 28 U.S.C. § 1715, please find copies of the following documents associated with this action on the enclosed CD-ROM:

1. **28 U.S.C. § 1715(b)(1)-Complaint:**  The *Class Action Complaint* filed with the Court on November 19, 2021. The *Consolidated Amended Class Action Complaint* filed with the Court on April 4, 2022, are also included on the enclosed CD-ROM.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:**  The are no judicial hearings currently scheduled.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:**  The proposed *Claim Form, Long Form Notice, Postcard Notice, and Banner Ad* filed with the Court on April 26, 2023.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Settlement Agreement* filed with the Court on April 26, 2023. The *Declaration of Charles E. Schaffer in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan,* and the *Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement* filed with the Court on April 26, 2023, are also included on the enclosed CD-ROM.

5.  **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:**  Other than the *Settlement Agreement*, no other settlements or other agreements have been contemporaneously made between the Parties.

6.  **28 U.S.C. § 1715(b)(6)-Final Judgment:**  The Court has not issued a Final Judgment or notice of dismissal as of the date of this CAFA Notice.

7.  **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:**  At this time, it is not feasible for Defendants to provide a list of known class member names and their state of residence. The estimated proportional share of the Settlement benefits is not available at this time, as it is contingent on Class Member submissions of claim forms. Based on the information currently available, Defendants do not have any reason to believe that the proportionate share of claims will differ in any material way from the proportionate share of class members in each state, as nothing about the settlement suggests or incentivizes differing claim rates across states and the size of a claimant's award does not depend on the state in which he or she resides.

8.  **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:**  The Court has not issued a judicial opinion related to the Settlement at this time.

    If you have questions or concerns about this notice, the proposed settlement, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

**Enclosures**

# EXHIBIT B

**If you are a person in the United States who purchased certain Right Guard antiperspirant aerosol and spray products between November 19, 2018 and June 8, 2023, you could get benefits from a class action settlement.**

**This notice may affect your rights. Please read it carefully.**

*A federal court authorized this Notice.*

*You are not being sued.*

*This is not a solicitation from a lawyer.*

*Antiperspirant Settlement*
c/o Claim Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

Postal Service: Please do not mark barcode

Notice ID:
Confirmation Code:
First Name Last Name
Address1
Address2
City, State Zip
Country

**NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

*Goldstein v. Henkel Corporation and Thriving Brands LLC,* Case No. 3:22-cv-00164 (D. Conn.)

A Settlement has been reached with Henkel Corporation and Thriving Brands LLC ("Defendants") in a class action lawsuit about allegations that aerosol and spray antiperspirant products sold under the Right Guard brand contain or are at risk of containing benzene. The Defendants deny all allegations of wrongdoing and disclaim any liability with respect to any and all claims alleged.

You are included in this Settlement if, in the United States, you purchased one or more of the Covered Products between November 19, 2018 and June 8, 2023 for personal, family or household use, and not for resale. The Covered Products include the Right Guard Sport and Right Guard Xtreme antiperspirant aerosol and spray products.

If the Settlement is approved by the Court, Defendants will pay $1,950,000 into a Settlement Fund. After payment of Attorneys' Fees and Costs, Incentive Awards for the Plaintiffs, and Notice and Administration Costs, the Available Settlement Funds will be used to pay Settlement Class Members who submit a Valid Claim, as follows:

- Up to $3.00 for each Covered Product listed on the Proof of Purchase, inclusive of all taxes, with Proof of Purchase
- Up to $1.75 for up to five (5) Covered Products claimed per household, without Proof of Purchase.

Claim Forms may be submitted online at www.AntiperspirantSettlement.com or printed from the website and mailed to the Claim Administrator no later than October 14, 2023.

**What are my other options?**
To exclude yourself from the Settlement, you must submit a written request for exclusion no later than October 14, 2023. If you are a Settlement Class Member, you can object to the Settlement and give reasons why you think the Court should not approve it. To be timely, the objection must be <u>received by</u> the Clerk of the Court (not just postmarked or sent) prior to October 14, 2023. Visit www.AntiperspirantSettlement.com for more information on excluding yourself from or objecting to the Settlement.

**Do I have a lawyer in this case?**
Yes. The Court has appointed the law firms of Levin Sedran & Berman LLP, Bursor & Fisher, P.A., Milberg Coleman Bryson Phillips Grossman, PLLC, The Sultzer Law Group, and Levi & Korsinsky LLP. Reardon Scanlon LLP shall serve as local counsel for Plaintiffs' Counsel. If you want to be represented by another lawyer, you may hire one to appear in Court for you at your own expense.

**The Court's Final Approval Hearing.**
The Court has scheduled a Final Approval Hearing on December 13, 2023 at 3:00 p.m. ET. At the Final Approval Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider whether to approve Plaintiff's Counsel's request for an award of Attorneys' Fees and Costs, as well as the Class Representatives' Incentive Awards. If there are objections, the Court will consider them. Judge Thompson will listen to people who have asked to speak at the hearing. After the hearing, the Court will decide whether to approve the Settlement.

**This notice is only a summary of the proposed Settlement.**
**Please visit www.AntiperspirantSettlement.com or call toll-free 1-844-336-0202 for more information about the proposed settlement and your rights and options.**

# EXHIBIT C

 **Angeion Group**
Sponsored · 🌐

···

If you purchased certain Right Guard antiperspirant products, a class action settlement may affect your rights.



ANTIPERSPIRANTSETTLEMENT.COM
**Antiperspirant Settlement**
Goldstein v. Henkel Corporation and Thriving Bra...

Learn more

# EXHIBIT D

If you purchased certain Right Guard antiperspirants products, a class action settlement may affect your rights.

**CLICK HERE**
for more
information

If you purchased certain **Right Guard** antiperspirants products, a class action settlement may affect your rights.

**CLICK HERE** for more information



If you purchased certain **Right Guard** antiperspirants products, a class action settlement may affect your rights.

If you purchased certain **Right Guard** antiperspirants

CLICK HERE for more information

22-cv-00164-AWT   Document 92-3   Filed 11/01/23   Page 1

If you purchased certain Right Guard antiperspirants products, a class action settlement may affect your rights.

**CLICK HERE** for more information

If you purchased certain **Right Guard antiperspirants products**, a class action settlement may affect your rights.

**CLICK HERE** for more information

# EXHIBIT E

*Goldstein v. Henkel Corporation and Thriving Brands LLC*
Exclusion List

|   | First Name | Last Name |
|---|---|---|
| 1 | JIMMY | ORAMA - ESQ |