Civil- (Dec-2008)

HONORABLE: Alvin W. Thompson

DEPUTY CLERK: L. S. Ferguson    RPTR/ECRO/TAPE: Alicia Cayode Kyles

TOTAL TIME: _____ hours  33 minutes
DATE: 12/13/2023    START TIME: 3:01 pm    END TIME: 3:34 pm
LUNCH RECESS    FROM: _____    TO: _____
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:22-cv-00164-AWT

Jason Goldstein et al            C. E. Schaffer, J. Sultzer, J. Reardon, Jr.
                                 Plaintiff's Counsel
              vs
Henkel Corporation et al         Keith E. Smith
                                 Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☑ ~~Miscellaneous Hearing~~
   Final Approval Hearing

☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....    ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____

Notes: