UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOLDSTEIN,<br>JAMES CORSEY,<br>MOSANTHONY WILSON,<br>MARIA LAZO,<br>BRAD A. DAVIS,<br>DIANNE SOLDEVILLA,<br><br>   Plaintiffs,<br><br>v.<br><br>HENKEL CORP,<br>THRIVING BRANDS LLC,<br><br>   Defendants. | :<br>:<br>:  CASE NO. 3:22-cv-164 (AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come on for consideration of the plaintiffs' unopposed motion for FINAL APPROVAL OF CLASS ACTION SETTLEMENT before the Honorable Alvin W. Thompson, United States District Judge.

The Court having considered the motion and the full record of the case including applicable principles of law, entered an order on December 13, 2023 granting the plaintiffs' motion for FINAL APPROVAL OF CLASS ACTION SETTLEMENT.

The Court approved in all respects (including, without limitation: the amount of the Settlement; the releases provided for in the Stipulation; and the dismissal with prejudice of the claims asserted against Defendants). In the Order, the Court directed the parties to consummate the Settlement Agreement and to perform its terms. The Court has subject-matter jurisdiction over this litigation pursuant to 28 US.C. §§ 1332 and 1367 and personal jurisdiction over the parties. The Court hereby confirms its determination in the Preliminary Approval Order and finally certifies, for purposes of the Settlement only, pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure, the Settlement Class.

A separate order shall be entered regarding Class Counsel's application for attorneys' fees and payment of expenses as allowed by the Court. Such order shall not affect this Judgment and shall be considered separate from this Judgment. Such order shall not affect the finality of this Judgment or the Effective Date of the Settlement.

It is therefore;

**ORDERED, ADJUDGED AND DECREED** that without affecting the finality of the Settlement Approval Order and Final Judgment for purposes of appeal, the Court retains jurisdiction as to all matters relating to administration, consummation, enforcement, and interpretation of the Settlement Agreement and the Settlement Approval Order and Final Judgment, and for any other necessary purpose.

This case is closed.

Dated at Hartford, Connecticut, this 11th day of April, 2024.

DINAH MILTON KINNEY, Clerk

By   /s/  Linda S. Ferguson
    Linda S. Ferguson
    Deputy Clerk

EOD: 4/11/2024